IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,        No. CIV S-05-0977 LKK DAD P

    vs.

C.K. PLILER, Warden,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis. Petitioner's in forma pauperis application does not include a certificate from a prison official showing the amount of money petitioner has in his prison trust account. See 28 U.S.C. §1915(a); Rule 3(a), Fed. R. Governing § 2254 Cases. Accordingly, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis on the form provided with this order; failure to comply with this order may result in an order imposing sanctions.

DATED: May 25, 2005.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.101a

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

        Petitioner,

   vs.

C.K. PLILER, Warden,

        Respondent.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: CIV S-05-0977 LKK DAD P

    I, _____, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☐ Yes ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed? ☐ Yes ☐ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No

   b. Rent payments, interest or dividends   ☐ Yes   ☐ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No

   d. Disability or workers compensation payments   ☐ Yes   ☐ No

   e. Gifts or inheritances   ☐ Yes   ☐ No

   f. Any other sources   ☐ Yes   ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☐ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                                              SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

_____    _____
DATE                                              SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)