IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,               No. CIV S-05-0977 LKK DAD P

    vs.

C.K. PLILER, Warden,

    Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Pursuant to this court's order signed May 25, 2005, petitioner has filed a new application to proceed in forma pauperis. Examination of the new application reveals that petitioner is unable to afford the costs of this suit. Petitioner's request to proceed in forma pauperis will therefore be granted. See 28 U.S.C. § 1915(a).

        The court's preliminary review of the habeas petition reveals that petitioner may be entitled to relief if the claimed violations of constitutional rights are proved. See Rule 4, Fed. R. Governing § 2254 Cases. In light of the complexity of the legal issues involved in this case, the court finds that the interests of justice require appointment of counsel at this time. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

1

Accordingly, IT IS ORDERED that:

1. Petitioner's June 28, 2005 application to proceed in forma pauperis is granted;

2. The Federal Defender is appointed to represent petitioner;

3. The Clerk of the Court is directed to electronically serve this order and petitioner's May 17, 2005 petition for writ of habeas corpus on David Porter, Assistant Federal Defender; petitioner's counsel shall contact the Clerk's Office to make arrangements regarding other documents in the file;

4. The Clerk of the Court is directed to electronically serve this order and petitioner's May 17, 2005 petition for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General;

5. A status conference is set for August 5, 2005, at 10:00 a.m. in Courtroom 27;

6. All parties shall appear at the conference by counsel; and

7. Four court days prior to the conference, petitioner shall file and serve a brief preliminary status report concerning the need for discovery and investigations, the need to exhaust additional claims, and possible amendments to the pleadings.

DATED: July 5, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.110a

2