QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SENQUE SHAWARBI JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,

vs.

C.K. PLILER, Warden,

    Respondent.

No. CIV S-05-0977 LKK DAD P

ORDER

For the reasons stated in petitioner's motion for substitution of counsel, IT IS HEREBY ORDERED that petitioner's July 11, 2005 motion is granted and Michael B. Bigelow shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: July 12, 2005.

*signature*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.110sub