IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,           No. CIV S-05-0977 LKK DAD P

  vs.

C.K. PLILER, Warden,

    Respondent.         <u>ORDER</u>

_____/

    For good cause shown, petitioner's unopposed request for extension of time for status conference will be granted. IT IS HEREBY ORDERED that:

    1. Petitioner's August 1, 2005 request for extension of time is granted;

    2. The status conference set for August 5, 2005, is continued to September 9, 2005, at 10:00 a.m. in Courtroom 27; and

    3. Petitioner shall file a second status report on or before September 2, 2005.

DATED: August 3, 2005.

                                /s/ Dale A. Drozd
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.contsc