IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,               No. CIV S-05-0977 LKK DAD P

    vs.

C.K. PLILER, Warden,

    Respondent.          ORDER

_____/

        This case came before the court on September 9, 2005, for a status conference. Dwight Samuel appeared on behalf of Michael B. Bigelow for petitioner. Jeffrey D. Firestone appeared for respondent. Upon consideration of petitioner's second status report and the statements made by counsel on the record, the court set a schedule for further proceedings.

        IT IS HEREBY ORDERED that:

        1. Petitioner shall file and serve his amended petition for writ of habeas corpus on or before October 17, 2005;

        2. Respondent is directed to respond to petitioner's amended petition. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. If the response is a motion, the motion shall be filed and served within 60 days after the amended petition is served. If the response is an answer, the answer shall be filed and served within 90 days after the amended petition is served. An answer

1 shall be accompanied by all transcripts and other documents relevant to the issues presented in
2 the amended petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3     3. Petitioner's traverse to respondent's answer and any motion for evidentiary
4 hearing shall be filed and served within thirty days after an answer is served; and

5     4. All motions filed in this action shall be noticed for hearing before the
6 undersigned on a regularly scheduled law and motion calendar in accordance with Local Rule 78-
7 230(b) and shall be briefed pursuant to Local Rule 78-230(c) and (d); parties may appear at any
8 hearing telephonically.  To arrange telephonic appearance, the party shall contact Pete Buzo, the
9 courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days
10 prior to the hearing.

11 DATED: September 9, 2005.

13                                      DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

15 DAD:13
jeff0977.100m