IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,        No. CIV S-05-0977 LKK DAD P

    vs.

SCOTT KERNAN, Warden,

    Respondent.        ORDER

_____/

    Pursuant to the parties' stipulations filed October 17, 2005, and October 18, 2005, and good cause appearing, IT IS ORDERED that:

    1. Scott Kernan, Warden, is substituted for C.K. Pliler as respondent; and

    2. The due date for the filing of petitioner's amended petition is continued from October 17, 2005, to October 21, 2005; the court's September 9, 2005 order remains in effect as to all other due dates.

DATED: October 19, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.111