**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Senque S. Jefferson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SENQUE S. JEFFERSON, | ) | No. CIV. S-05-977 LKK DAD P |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SCOTT KERNAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to stipulation filed February 10, 2006, petitioner's traverse to respondent's answer shall be filed on or before March 10, 2006.

IT IS SO ORDERED.

DATED: February 13, 2006.



DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jeff0977.extfortraverse