**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Senque S. Jefferson

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENQUE S. JEFFERSON, ) ) Petitioner, ) ) v. ) ) SCOTT KERNAN, Warden, ) ) Respondent. ) ) _____ ) | No. CIV. S-05-977 LKK DAD P  ORDER |

    Pursuant to stipulation filed March 10, 2006, petitioner's traverse shall be due March 24, 2006.

    IT IS SO ORDERED.

DATED: March 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jeff0977.ext2traverse