IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENQUE SHAWARBI JEFFERSON,

    Petitioner,               No. CIV S-05-0977 LKK DAD P

    vs.

SCOTT KERNAN, Warden,

    Respondent.            ORDER

                              /

        Petitioner is a state prisoner proceeding by appointed counsel with a petition for writ of habeas corpus. On March 24, 2006, petitioner filed a traverse to the answer filed by respondent on January 12, 2006. Petitioner has not moved for an evidentiary hearing.

        In reviewing the docket, the undersigned finds that respondent has lodged the parties' briefs on appeal as well as pages 10, 71-76, 79, 86-91, 93, 131-34, 137-40, 147-49, 212-379, and 577-78 of the Clerk's Transcript on Appeal and pages 29-34, 49-57, 71-74, 249-52, 364-67, 370-77, and 882-88 of the Reporter's Transcript on Appeal. Respondent states that all pertinent information is contained in these portions of the record and in petitioner's exhibits. (Answer at 5.) Petitioner's first ground for relief is that he was denied his right to present a defense, trial by jury, compulsory process, representation of counsel, and due process of law when the trial court excluded as irrelevant evidence of petitioner's mental illness and the

1 circumstances in which petitioner was housed and failed to instruct the jury that it could consider
2 such facts in the guilt phase of petitioner's trial. In light of this claim, the court finds it necessary
3 to have complete transcripts. See Rule 5, Fed. R. Governing § 2254 Cases. Upon the filing of
4 complete transcripts, the matter will stand submitted for decision.
5     Accordingly, IT IS ORDERED that respondent shall, within sixty days, lodge
6 complete copies of the Clerk's and Reporter's Transcripts on Appeal.
7 DATED: April 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
jeff0977.stctrec